# EXHIBIT "A"

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | MARK W. LATCHANA | CASE NUMBER |
|---|---|---|
| JUDICIAL DISTRICT | SUMMONS | 26- 470 -NO |
| 7th (Genesee) JUDICIAL CIRCUIT COUNTY | | |

Court address
900 Saginaw St. #100, Flint, MI 48502

Court telephone number
810-424-4355

**Plaintiff's name, address, and telephone number**
THEODORE GIPSON, as Personal Representative of the Estate of JOAN GIPSON, deceased

v

**Defendant's name, address, and telephone number**
WALMART STORES, INC., a foreign profit corporation
c/o Resident Agent - The Corporation Company
40600 Ann Arbor Road E, Suite 201
Plymouth, MI 48170

**Plaintiff's attorney bar number, address, and telephone number**
Laura R. Dierwa (P71948) / Matthew M. Aneese (P75217)
SAM BERNSTEIN LAW
31440 Northwestern Hwy., Suite 333, Farmington Hills, MI 48334
(248) 538-5940 / Fax: (248) 737-4392
ldierwa@sambernstein.com / lhood@sambernstein.com (Asst)
maneese@sambernstein.com / mthomas@sambernstein.com (Asst)

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 12/2/26 | 12/2/26 | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

THEODORE GIPSON, as Personal Representative
of the Estate of JOAN GIPSON, deceased,

           Plaintiff,

v

WALMART STORES, INC.,
a foreign profit corporation,

           Defendant.

Case No: 26-60470-NO
Hon.

MARK W. LATCHANA
P-57002

**SAM BERNSTEIN LAW**
Laura R. Dierwa (P71948)
Matthew M. Aneese (P75217)
Attorneys for Plaintiff
31440 Northwestern Hwy., Ste. 333
Farmington Hills, MI 48334-5419
(248) 538-5940 / Fax: (248) 737-4392
ldierwa@sambernstein.com
maneese@sambernstein.com
lhood@sambernstein.com – Asst.
mthomas@sambernstein.com – Asst.

A TRUE COPY
Genesee County Clerk

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

           /s/ Laura R. Dierwa
           Laura R. Dierwa (P71948)

## COMPLAINT

NOW COMES the Plaintiff, THEODORE GIPSON, as Personal Representative of the Estate of JOAN GIPSON, deceased, by and through his attorneys, SAM BERNSTEIN LAW, by LAURA R. DIERWA and MATTHEW M. ANEESE, and for his cause of action against the Defendant, WALMART STORES, INC., respectfully shows unto this Honorable Court as follows:

## GENERAL ALLEGATIONS

1. That Plaintiff, THEODORE GIPSON, as Personal Representative of the Estate of JOAN GIPSON, deceased, is a resident of the City of Flint, County of Genesee, State of Michigan.

2. That Defendant, WALMART STORES, INC., is a foreign limited liability company, doing business in the City of Grand Blanc, County of Genesee, State of Michigan and whose resident agent is The Corporation Company, which is located at 40600 Ann Arbor Rd E, Ste 201, Plymouth, MI 48170.

3. That all the acts, transactions and occurrences arose in the City of Grand Blanc, County of Genesee, State of Michigan.

4. That the amount in controversy in this litigation exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars exclusive of costs, interest and attorney fees.

## COUNT I

5. That on or about August 4, 2025, said Defendant was then and there the owner, operator and/or in control of the premises located at 6170 South Saginaw Road, Grand Blanc, Michigan.

6. That on the aforementioned date, Plaintiff's decedent, JOAN GIPSON, was lawfully upon the above described premises as a business invitee and while carefully walking on the premises, did trip and fall to the ground with great force and violence due to the dangerous conditions then and there existing to-wit: cracked, broken, unleveled concrete at the entrance of Defendant's premises that was caused, created by, and/or allowed to remain on the premises by Defendant, despite Defendant's notice and/or constructive notice.

7. That at all times relevant hereto, the Defendant owed a duty to Plaintiff, who was lawfully upon the premises, to maintain its premises in a safe condition free from danger, to exercise reasonable care to diminish the hazards relating to the premises, and such duties further

SAM BERNSTEIN
11440 NORTHWESTERN HIGHWAY
SUITE 133
FARMINGTON HILLS,
MICHIGAN 48331-5419

1 800 225 5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

required that reasonable and appropriate measures, in light of existing and created circumstances, be taken to prevent dangerous conditions then and there existing and/or an unreasonable risk of harm.

8. That the hazardous conditions complained of were of such location, character, duration and/or quality that Defendant had, at a minimum, constructive notice, if not actual notice, of the dangerous and/or hazardous conditions it posed, yet failed to timely and/or properly remove, eliminate and/or protect against same.

9. That in total disregard of such duties the Defendant, at all times material herein, breached said duties in one or more of the following particulars, but not necessarily limited to:

    (a) Negligently, carelessly and recklessly creating a dangerous and hazardous condition to individuals who traverse said premises, to wit: an uneven concrete walking surface at its business entrance with cracks, holes, and raised portions.

    (b) Negligently, carelessly and recklessly maintaining their premises in a dangerous condition when it was known, or should have been known that said dangerous condition and the particular configurements and uses of their property posed a propensity toward the formation of a hazardous and unsafe condition;

    (c) Negligently, carelessly and recklessly increasing the hazard of walking on the premises by the creation of the aforesaid defect and by failing to correct said situation;

    (d) Negligently, carelessly and recklessly failing to keep the area located outside the entrance way within said premises properly clear and free from hazards after the affirmative acts of Defendant did create, cause and/or contribute to the dangerous condition as hereinbefore described;

    (e) Negligently, carelessly and recklessly allowing a dangerous condition to remain on the premises so as to endanger those persons lawfully upon same;

    (f) Negligently, carelessly and recklessly failing to repair the dangerous condition then and there existing on the premises;

    (g) Negligently, carelessly and recklessly maintaining a hazardous condition on the Defendant's premises;

    (h) Negligently, carelessly and recklessly failing to provide Plaintiff

SAM BERNSTEIN
LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1 800 225 5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

with reasonable and safe means of necessary access in and about said premises;

(i) Negligently, carelessly and recklessly failing to keep the premises and all common areas therein fit for foreseeable uses;

(j) Negligently, carelessly and recklessly failing to remove said defect after notice and/or constructive notice of the dangerous condition thereof;

(k) Negligently, carelessly and recklessly failing to use reasonable care to protect the Plaintiff and those like her from and against the hazards described herein;

(l) Negligently, carelessly and recklessly allowing said premises to become and remain in poor repair;

(m) Negligently, carelessly and recklessly failing to inspect said premises so as to discover a dangerous condition of which Defendant knew, or had reason to know existed;

(n) Negligently, carelessly and recklessly failing to alleviate a dangerous condition which Defendant knew, or had reason to know existed;

(o) Negligently, carelessly and recklessly failing to warn Plaintiff and those like her of the dangerous condition then and there existing;

(p) In otherwise negligently, carelessly and recklessly failing to exert that degree of care, caution and diligence as would be demonstrated by a reasonably prudent person under the same or similar circumstances, and

(q) Negligently, carelessly and recklessly being guilty of other acts of negligence currently unknown to Plaintiff, but which will be ascertained through the discovery process.

10. That as a direct and proximate result of the negligent acts and/or omissions on the part of Defendant, WALMART STORES, INC., your Plaintiff's decedent, JOAN GIPSON, Deceased, was caused to suffer extreme, horrendous and violent personal injuries resulting in ultimate death, and Plaintiff hereby claims all damages incurred as a result, including but not limited to any and all damages allowed pursuant to the Wrongful Death Act found at MCLA 600.2922 et. seq. as follows by way of example and not limitation:

(a) Traumatic intracerebral hemorrhage, resulting in death;

SAM BERNSTEIN
LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

(b) Acute respiratory failure;

(c) Displaced fracture of the left humoral neck;

(d) Scarring and disfigurement;

(e) Conscious pain, suffering, discomfort, disability, extreme physical and emotional suffering;

(f) Loss of the natural enjoyments of life;

(g) Loss of wages and/or earning capacity;

(h) Medical, funeral, burial expenses;

(i) Loss of society and companionship, loss of guidance and support, loss of services to those persons claiming same;

(j) Expenditures for physicians, hospitals, medicinal things and substances; and

(k) Other injuries to be determined during the course of discovery.

11. That in the event it is claimed Plaintiff was suffering from pre-existing conditions or pathology, Plaintiff avers said conditions were aggravated, exacerbated and or accelerated by this incident.

WHEREFORE, Plaintiff, THEODORE GIPSON, as Personal Representative of the Estate of JOAN GIPSON, deceased, prays that this Honorable Court award him damages in whatever amount to which he is entitled to receive, together with costs, interest and attorney fees.

Respectfully submitted,

SAM BERNSTEIN LAW

By: /s/ Laura R. Dierwa
Laura R. Dierwa (P71948)
Matthew M. Aneese (P75217)
Attorney for Plaintiff
31440 Northwestern Hwy., Ste. 333
Farmington Hills, MI 48334-5419
(248) 538-3148 / Fax: (248) 737-4392
ldierwa@sambernstein.com

Dated: January 26, 2026

SAM BERNSTEIN
LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5736
A PROFESSIONAL LIMITED
LIABILITY COMPANY

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

THEODORE GIPSON, as Personal Representative
of the Estate of JOAN GIPSON, deceased,

          Plaintiff,          Case No: 26-    - NO

v          Hon.

WALMART STORES, INC.,
a foreign profit corporation,

          Defendant.

---

**SAM BERNSTEIN LAW**
Laura R. Dierwa (P71948)
Matthew M. Aneese (P75217)
Attorneys for Plaintiff
31440 Northwestern Hwy., Ste. 333
Farmington Hills, MI 48334-5419
(248) 538-5940 / Fax: (248) 737-4392
ldierwa@sambernstein.com
maneese@sambernstein.com
lhood@sambernstein.com – Asst.
mthomas@sambernstein.com – Asst.

---

## JURY DEMAND

NOW COMES the Plaintiff, THEODORE GIPSON, as Personal Representative of the Estate of JOAN GIPSON, deceased, by and through his attorneys, SAM BERNSTEIN LAW, by LAURA R. DIERWA and MATTHEW M. ANEESE, and hereby respectfully requests a trial by jury in the above-entitled cause of action.

          Respectfully submitted,

          SAM BERNSTEIN LAW

By:  /s/ Laura R. Dierwa
      Laura R. Dierwa (P71948)
      Matthew M. Aneese (P75217)
      Attorney for Plaintiff
      31440 Northwestern Hwy., Ste. 333
      Farmington Hills, MI 48334-5419
Dated: January 26, 2026    (248) 538-3148 / Fax: (248) 737-4392
      ldierwa@sambernstein.com

SAM BERNSTEIN
LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY